# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Billie M. Hughes | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  3:19-CV-18 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Judgment in favor of Defendant and against Plaintiff; Affirming the ALJ's non-disability decision; case
teminated on the Court's docket.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Sharon L. Ovington _____  on a motion for

Decision and Entry

Date:  3/17/2020 _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*